B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re   **Sybil Jane Carr**

Debtor

Case No.   **12-38944-H4-13**

Chapter   **13**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 345,834.00 | | |
| B - Personal Property | Yes | 6 | 63,097.60 | | |
| C - Property Claimed as Exempt | Yes | 4 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 180,312.17 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 56,056.71 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 280,876.09 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 1,427.00 |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 408,931.60 | | |
| Total Liabilities | | | | 517,244.97 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Texas

In re **Sybil Jane Carr**
,
Debtor

Case No. **12-38944-H4-13**

Chapter **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 56,056.71 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 56,056.71 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,000.00 |
| Average Expenses (from Schedule J, Line 18) | 1,427.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 3,740.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 56,056.71 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 280,876.09 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 280,876.09 |

B6A (Official Form 6A) (12/07)

In re    **Sybil Jane Carr**                                                                 ,        Case No.    **12-38944-H4-13**
                                                             Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Lot 8, Block 1, Brentwood Lakes, Section 2, Harris County, Texas, more commonly referred to as 17500 Harrison Lake Circle, Spring, Texas 77379-8506.** | **Fee simple** | **W** | **345,834.00** | **167,312.17** |

|  | Sub-Total > | **345,834.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **345,834.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re __Sybil Jane Carr_____,          Case No. __12-38944-H4-13_____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash**<br><br>**Location: 17506 Harrison Lakes Circle, Spring TX 77379** | **H** | 97.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Business Checking Account #2565**<br><br>**JPMorgan Chase Bank, N.A.**<br>**712 Main Street**<br>**Houston, Texas 77002** | **W** | 600.00 |
| | | **Personal Checking Account #0871**<br><br>**JPMorgan Chase Bank, N.A.**<br>**712 Main Street**<br>**Houston, Texas 77002** | **W** | 450.00 |
| | | **Retirement Money Market Account #2447**<br><br>**JPMorgan Chase Bank, N.A.**<br>**P.O. Box 659754**<br>**San Antonio, TX 78265** | **W** | 745.60 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Utility Deposit**<br><br>**Centerpoint Energy** | **W** | 60.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Refrigerator - $500.00**<br>**Microwave Oven - $25.00**<br>**Kitchen Table/w chairs - $200.00**<br>**Cutlery - $25.00**<br>**Dishes & Glassware - $75.00**<br><br>**Location: 17506 Harrison Lakes Circle, Spring TX 77379** | **W** | 825.00 |

Sub-Total >          **2,777.60**
(Total of this page)

__5__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Sybil Jane Carr**                                                    , Case No. __**12-38944-H4-13**__
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Bed - $400.00<br>Dresser - $200.00<br>Lamp(s) - $50.00<br><br>Location: 17506 Harrison Lakes Circle, Spring TX 77379 | W | 650.00 |
| | | Bathrooms consist of soap, towel & lines, toilet items, etc.<br><br>Location: 17506 Harrison Lakes Circle, Spring TX 77379 | W | 20.00 |
| | | Computer, monitor, keyboard - $900.00<br>Color T.V. - $500.00<br>Stereo - $300.00<br>DVD - $50.00<br><br>Location: 17506 Harrison Lakes Circle, Spring TX 77379 | W | 1,750.00 |
| | | Sofa - $200.00<br>Chair Ottoman - $200.00<br>Coffee Table - $200.00<br>Rug - $100.00<br><br>Location: 17506 Harrison Lakes Circle, Spring TX 77379 | W | 700.00 |
| | | Lawn furniture - $20.00<br>BBQ Pit - $50.00<br>Gas Grill - $50.00<br><br>Location: 17506 Harrison Lakes Circle, Spring TX 77379 | W | 120.00 |
| | | Sofa - $500.00<br>Chair - $800.00<br>Coffee Table - $200.00<br><br>Location: 17506 Harrison Lakes Circle, Spring TX 77379 | W | 1,500.00 |
| | | Bed - $250.00<br>Dresser - $150.00<br>Chest - $100.00<br>Night Stand - $50.00<br><br>Location: 17506 Harrison Lakes Circle, Spring TX 77379 | W | 550.00 |

Sub-Total >          **5,290.00**
(Total of this page)

Sheet __1__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Sybil Jane Carr**                                                     ,        Case No.   **12-38944-H4-13**
                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Bed - $100.00**<br>**Chest - $100.00**<br>**Desk - $50.00**<br>**Night Stand - $100.00**<br><br>**Location: 17506 Harrison Lakes Circle, Spring TX 77379** | **W** | 350.00 |
| | | **Bed - $150.00**<br>**Night Stand - $100.00**<br><br>**Location: 17506 Harrison Lakes Circle, Spring TX 77379** | **W** | 250.00 |
| | | **Pool Table - $50.00**<br>**T.V. - $50.00**<br><br>**Location: 17506 Harrison Lakes Circle, Spring TX 77379** | **W** | 100.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books - $275.00**<br>**Decorations - $180.00**<br>**DVD's - $150.00**<br>**Wall Pictures - $200.00**<br>**Color T.V. -$250.00**<br><br>**Location: 17506 Harrison Lakes Circle, Spring TX 77379** | **W** | 1,055.00 |
| 6. Wearing apparel. | | **Clothing consist of suits, dresses, blouses, skirts, pants, shoes, coats, etc.**<br><br>**Location: 17506 Harrison Lakes Circle, Spring TX 77379** | **W** | 600.00 |
| 7. Furs and jewelry. | | **Furs - $275.00**<br>**Jewelry - $100.00**<br>**Watches - $100.00**<br><br>**Location: 17506 Harrison Lakes Circle, Spring TX 77379** | **W** | 475.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Camera - $100.00**<br>**Movie Camera - $100.00**<br><br>**Location: 17506 Harrison Lakes Circle, Spring TX 77379** | **W** | 200.00 |

|  | Sub-Total >  | 3,030.00 |
|---|---|---|
|  | (Total of this page) |  |

Sheet   **2**   of   **5**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Sybil Jane Carr**                                                    Case No.   **12-38944-H4-13**
                                                                  ,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Legal matters associated with law practice.** **Location: 17506 Harrison Lakes Circle, Spring TX 77379** | **W** | **7,500.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Cash from the Sale of Real Property** **Lee County District Clerk** | **W** | **3,500.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >        **11,000.00**
(Total of this page)

Sheet   **3**   of   **5**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Sybil Jane Carr**                                    ,      Case No.   **12-38944-H4-13**

                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Contingent attorney's fees expected from pending trial matters**<br><br>**Location: 17506 Harrison Lakes Circle, Spring TX 77379** | W | 20,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002, Mercedes Benz**<br><br>**Location: 17506 Harrison Lakes Circle, Spring TX 77379** | W | 7,000.00 |
| | | **2004, BMW, VIN: \*\*\*\*\*\*\*\*\*\*\*\*6TXS**<br><br>**Location: 17506 Harrison Lakes Circle, Spring TX 77379** | W | 13,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

                                                          Sub-Total >       **40,000.00**
                                                    (Total of this page)

Sheet  **4**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                         Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **Sybil Jane Carr**
_____,          Case No.   **12-38944-H4-13**
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28.  Office equipment, furnishings, and supplies. | | **Desk - $600.00**<br>**Chairs - $175.00**<br>**Sofa - $100.00**<br>**Table - $25.00**<br>**Office Supplies - $100.00**<br><br>**Location: 363 North Beltway 8, Suite 1100, Houston, Texas 77060** | **W** | **1,000.00** |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | **X** | | | |
| 30.  Inventory. | **X** | | | |
| 31.  Animals. | **X** | | | |
| 32.  Crops - growing or harvested. Give particulars. | **X** | | | |
| 33.  Farming equipment and implements. | **X** | | | |
| 34.  Farm supplies, chemicals, and feed. | **X** | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | **X** | | | |

|  |  |
|---|---|
| Sub-Total > | **1,000.00** |
| (Total of this page) | |
| Total > | **63,097.60** |

Sheet  **5**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

In re __Sybil Jane Carr__ ,                                    Case No. __12-38944-H4-13__
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>**Lot 8, Block 1, Brentwood Lakes, Section 2, Harris County, Texas, more commonly referred to as 17500 Harrison Lake Circle, Spring, Texas 77379-8506.** | **Tex. Const. art. XVI, §§ 50, 51, Tex. Prop. Code §§ 41.001-.002** | **124,293.57** | **345,834.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Business Checking Account #2565**<br><br>**JPMorgan Chase Bank, N.A.**<br>**712 Main Street**<br>**Houston, Texas 77002** | **11 U.S.C. § 522(d)(5)** | **600.00** | **600.00** |
| **Personal Checking Account #0871**<br><br>**JPMorgan Chase Bank, N.A.**<br>**712 Main Street**<br>**Houston, Texas 77002** | **11 U.S.C. § 522(d)(5)** | **450.00** | **450.00** |
| **Retirement Money Market Account #2447**<br><br>**JPMorgan Chase Bank, N.A.**<br>**P.O. Box 659754**<br>**San Antonio, TX 78265** | **Tex. Prop. Code § 42.0021** | **745.60** | **745.60** |
| **Household Goods and Furnishings**<br>**Refrigerator - $500.00**<br>**Microwave Oven - $25.00**<br>**Kitchen Table/w chairs - $200.00**<br>**Cutlery - $25.00**<br>**Dishes & Glassware - $75.00**<br><br>**Location: 17506 Harrison Lakes Circle, Spring TX 77379** | **11 U.S.C. § 522(d)(3)** | **825.00** | **825.00** |
| **Bed - $400.00**<br>**Dresser - $200.00**<br>**Lamp(s) - $50.00**<br><br>**Location: 17506 Harrison Lakes Circle, Spring TX 77379** | **11 U.S.C. § 522(d)(3)** | **650.00** | **650.00** |
| **Bathrooms consist of soap, towel & lines, toilet items, etc.**<br><br>**Location: 17506 Harrison Lakes Circle, Spring TX 77379** | **11 U.S.C. § 522(d)(3)** | **20.00** | **20.00** |

__3__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re __Sybil Jane Carr_____,     Case No. __12-38944-H4-13_____
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Computer, monitor, keyboard - $900.00**<br>**Color T.V. - $500.00**<br>**Stereo - $300.00**<br>**DVD - $50.00**<br><br>**Location: 17506 Harrison Lakes Circle, Spring TX 77379** | **11 U.S.C. § 522(d)(3)** | **1,750.00** | **1,750.00** |
| **Sofa - $200.00**<br>**Chair Ottoman - $200.00**<br>**Coffee Table - $200.00**<br>**Rug - $100.00**<br><br>**Location: 17506 Harrison Lakes Circle, Spring TX 77379** | **11 U.S.C. § 522(d)(3)** | **700.00** | **700.00** |
| **Lawn furniture - $20.00**<br>**BBQ Pit - $50.00**<br>**Gas Grill - $50.00**<br><br>**Location: 17506 Harrison Lakes Circle, Spring TX 77379** | **11 U.S.C. § 522(d)(3)** | **120.00** | **120.00** |
| **Sofa - $500.00**<br>**Chair - $800.00**<br>**Coffee Table - $200.00**<br><br>**Location: 17506 Harrison Lakes Circle, Spring TX 77379** | **11 U.S.C. § 522(d)(3)** | **1,500.00** | **1,500.00** |
| **Bed - $250.00**<br>**Dresser - $150.00**<br>**Chest - $100.00**<br>**Night Stand - $50.00**<br><br>**Location: 17506 Harrison Lakes Circle, Spring TX 77379** | **11 U.S.C. § 522(d)(3)** | **550.00** | **550.00** |
| **Bed - $100.00**<br>**Chest - $100.00**<br>**Desk - $50.00**<br>**Night Stand - $100.00**<br><br>**Location: 17506 Harrison Lakes Circle, Spring TX 77379** | **11 U.S.C. § 522(d)(3)** | **350.00** | **350.00** |
| **Bed - $150.00**<br>**Night Stand - $100.00**<br><br>**Location: 17506 Harrison Lakes Circle, Spring TX 77379** | **11 U.S.C. § 522(d)(3)** | **250.00** | **250.00** |
| **Pool Table - $50.00**<br>**T.V. - $50.00**<br><br>**Location: 17506 Harrison Lakes Circle, Spring TX 77379** | **11 U.S.C. § 522(d)(3)** | **100.00** | **100.00** |

Sheet __1__ of __3__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

**B6C (Official Form 6C) (4/10) -- Cont.**

In re __**Sybil Jane Carr**_____,   Case No. __**12-38944-H4-13**_____

                                                Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Books - $275.00** | **11 U.S.C. § 522(d)(5)** | **1,055.00** | **1,055.00** |
| **Decorations - $180.00** | | | |
| **DVD's - $150.00** | | | |
| **Wall Pictures - $200.00** | | | |
| **Color T.V. -$250.00** | | | |
| **Location: 17506 Harrison Lakes Circle, Spring TX 77379** | | | |
| **Wearing Apparel** | | | |
| **Clothing consist of suits, dresses, blouses, skirts, pants, shoes, coats, etc.** | **11 U.S.C. § 522(d)(5)** | **600.00** | **600.00** |
| **Location: 17506 Harrison Lakes Circle, Spring TX 77379** | | | |
| **Furs and Jewelry** | | | |
| **Furs - $275.00** | **11 U.S.C. § 522(d)(4)** | **475.00** | **475.00** |
| **Jewelry - $100.00** | | | |
| **Watches - $100.00** | | | |
| **Location: 17506 Harrison Lakes Circle, Spring TX 77379** | | | |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Camera - $100.00** | **11 U.S.C. § 522(d)(5)** | **200.00** | **200.00** |
| **Movie Camera - $100.00** | | | |
| **Location: 17506 Harrison Lakes Circle, Spring TX 77379** | | | |
| **Accounts Receivable** | | | |
| **Legal matters associated with law practice.** | **11 U.S.C. § 522(d)(5)** | **5,403.00** | **7,500.00** |
| **Location: 17506 Harrison Lakes Circle, Spring TX 77379** | | | |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| **Contingent attorney's fees expected from pending trial matters** | **11 U.S.C. § 522(d)(5)** | **0.00** | **20,000.00** |
| **Location: 17506 Harrison Lakes Circle, Spring TX 77379** | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2002, Mercedes Benz** | **11 U.S.C. § 522(d)(2)** | **3,450.00** | **7,000.00** |
| | **11 U.S.C. § 522(d)(5)** | **3,550.00** | |
| **Location: 17506 Harrison Lakes Circle, Spring TX 77379** | | | |
| **2004, BMW, VIN: ************6TXS** | **11 U.S.C. § 522(d)(2)** | **0.00** | **13,000.00** |
| **Location: 17506 Harrison Lakes Circle, Spring TX 77379** | | | |

Sheet __**2**__ of __**3**__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re **Sybil Jane Carr** _____, Case No. __12-38944-H4-13__

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Office Equipment, Furnishings and Supplies**<br>**Desk - $600.00**<br>**Chairs - $175.00**<br>**Sofa - $100.00**<br>**Table - $25.00**<br>**Office Supplies - $100.00**<br><br>**Location: 363 North Beltway 8, Suite 1100, Houston, Texas 77060** | **11 U.S.C. § 522(d)(5)** | **1,000.00** | **1,000.00** |

| | | Total: | 148,637.17 | 405,274.60 |
|---|---|---|---|---|

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Sybil Jane Carr**                                                    Case No.   **12-38944-H4-13**
_____,
                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deed of Trust | | | | | |
| **Brentwood Homeowner's Association** **c/o Beacon Homeowner's Association** **P.O. Box 3732** **Houston, TX 77253** | | W | Lot 8, Block 1, Brentwood Lakes, Section 2, Harris County, Texas, more commonly referred to as 17500 Harrison Lake Circle, Spring, Texas 77379-8506. | | | | | |
| | | | Value $                    345,834.00 | | | | 1,500.00 | 0.00 |
| Account No. **xxxxxx7708** | | | July 9, 2003 | | | | | |
| | | | Deed of Trust | | | | | |
| **Deutsche Bank National Trust Company** **as Trustee for Long Beach Mortgage Trust** **2004-3 Asset Backed Certificates Series** **P.O. Box 829009** | | W | Lot 8, Block 1, Brentwood Lakes, Section 2, Harris County, Texas, more commonly referred to as 17500 Harrison Lake Circle, Spring, Texas 77379-8506. | | | | | |
| | | | Value $                    345,834.00 | | | | 163,910.09 | 0.00 |
| Account No. **xxx-xxx-xxx-0008** | | | Section 32.01 & Section 32.05, TX Property Code, Art. 8, Section 15, TX Constitu | | | | | |
| **Harris County** **P.O. Box 4622** **Houston, TX 77210-2622** | | W | Lot 8, Block 1, Brentwood Lakes, Section 2, Harris County, Texas, more commonly referred to as 17500 Harrison Lake Circle, Spring, Texas 77379-8506. | | | | | |
| | | | Value $                    345,834.00 | | | | 0.00 | 0.00 |
| Account No. **xxx-xxx-xxx-0008** | | | Deed of Trust | | | | | |
| **HC WCID #119** **c/o Wheeler & Associates, Inc.** **6935 Barney Road, #110** **Houston, TX 77092** | | W | Lot 8, Block 1, Brentwood Lakes, Section 2, Harris County, Texas, more commonly referred to as 17500 Harrison Lake Circle, Spring, Texas 77379-8506. | | | | | |
| | | | Value $                    345,834.00 | | | | 1,902.08 | 0.00 |
| __1__  continuation sheets attached | | | Subtotal (Total of this page) | | | | 167,312.17 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Sybil Jane Carr**
_____,   Case No.   **12-38944-H4-13**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-4146**<br><br>**Internal Revenue Service Insolvency Section P.O. Box 7317 Philadelphia, PA 19101-7317** | | W | **05**<br><br>**Federal Tax Lien**<br><br>**Lot 8, Block 1, Brentwood Lakes, Section 2, Harris County, Texas, more commonly referred to as 17500 Harrison Lake Circle, Spring, Texas 77379-8506.** | | | | | |
| | | | Value $            **345,834.00** | | | | **0.00** | **0.00** |
| Account No. **xxx-xxx-xxx-0008**<br><br>**Klein I.S.D. 7200 Spring-Cypress Road Spring, TX 77379** | | W | **Section 32.01 & Section 32.05, TX Property Code, Art. 8, Section 15, TX Constitu**<br>**Lot 8, Block 1, Brentwood Lakes, Section 2, Harris County, Texas, more commonly referred to as 17500 Harrison Lake Circle, Spring, Texas 77379-8506.** | | | | | |
| | | | Value $            **345,834.00** | | | | **0.00** | **0.00** |
| Account No. **xxxil 11, 2008**<br><br>**Wells Fargo Dealer Services, Inc. P.O. Box 19657 Irvine, CA 92623-9657** | | W | **Money Loaned**<br><br>**2004, BMW, VIN: ************6TXS**<br><br>**Location: 17506 Harrison Lakes Circle, Spring TX 77379** | | | | | |
| | | | Value $            **13,000.00** | | | | **13,000.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal<br>(Total of this page) | | | | **13,000.00** | **0.00** |
| | | | Total<br>(Report on Summary of Schedules) | | | | **180,312.17** | **0.00** |

B6E (Official Form 6E) (4/10)

In re  **Sybil Jane Carr**                                                                                    Case No.  __12-38944-H4-13__
                                                                                           ,
                                                     Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__1__  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Sybil Jane Carr**
_____ ,    Case No.   **12-38944-H4-13**
                                Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-4146** <br><br> **Internal Revenue Service Insolvency Section P.O. Box 7346 Philadelphia, PA 19101-7346** | | W | **05; 07; 08; 09; 10** <br><br> **Federal Income Taxes and Interest** | | | | **56,056.71** | **0.00** | **56,056.71** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | **0.00** | |
| (Total of this page) | **56,056.71** | **56,056.71** |
| Total | **0.00** | |
| (Report on Summary of Schedules) | **56,056.71** | **56,056.71** |

B6F (Official Form 6F) (12/07)

In re   **Sybil Jane Carr**                                ,   Case No.   **12-38944-H4-13**

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3005**<br><br>**American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265-0448** | | W | **Charge Card** | | | | 3,749.37 |
| Account No.<br><br>**American Express Bank, FSB**<br>**c/o Becket and Lee, LLP**<br>**P.O. Box 3001**<br>**Malvern, PA 19355-0701** | | W | **Charge Card** | | | | 3,662.19 |
| Account No. **2184**<br><br>**Bank of America**<br>**P.O. Box 15019**<br>**Wilmington, DE 19850** | | W | **Credit Card** | | | | 10,000.00 |
| Account No. **2839**<br><br>**Capital One, N.A.**<br>**c/o Creditors Bankruptcy Service**<br>**P.O. Box 740933**<br>**Dallas, TX 75374** | | W | **Revolving Charge Account** | | | | 2,114.02 |
| __2__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 19,525.58 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sybil Jane Carr**                                                                          ,          Case No.    **12-38944-H4-13**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **371** | | | | Credit Card | | | | |
| **Chase Bank** P.O. Box 94014 Palatine, IL 60094-4014 | | W | | | | | | |
| | | | | | | | | **3,016.32** |
| Account No. **\*\*\*\*-\*\*\*\*-xxxx-9495** | | | | Credit Card | | | | |
| **Chevron/Texaco** P.O. Box 530950 Atlanta, GA 30353 | | W | | | | | | |
| | | | | | | | | **947.00** |
| Account No. | | | | Credit Card | | | | |
| **Citibank/Zales** P.O. Box 6241 Sioux Falls, SD 57117 | | W | | | | | | |
| | | | | | | | | **1,400.00** |
| Account No. **83** | | | | Credit Card | | | | |
| **Discover Bank** P.O. Box 960013 Orlando, FL 32896-0013 | | W | | | | | | |
| | | | | | | | | **5,627.20** |
| Account No. | | | | Credit Card | | | | |
| **FIA Card Services, NA as successor in interest to Bank of America, NA and MBNA America Bank** P.O. Box 15102 Wilmington, DE 19886-5102 | | W | | | | | | |
| | | | | | | | | **15,004.69** |

Sheet no. __1__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**25,995.21**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sybil Jane Carr**
                                                                              ,
                        Debtor

Case No.   **12-38944-H4-13**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx4146** <br><br> **Internal Revenue Service Insolvency Section P.O. Box 7346 Philadelphia, PA 19101-7346** | | W | Federal Income Taxes and Interest | | | | 234,244.72 |
| Account No. <br><br> **Lee County/Giddings I.S.D. % Linebarger Goggan Blair & Sampson, LLC P.O. Box 17307 Austin, TX 78760** | | W | | | | | 10.00 |
| Account No. <br><br> **Recovery Management Systems Corporation 25 SE 2nd Avenue, Suite 1120 Miami, FL 33131** | | W | Notice Only | | | | 10.00 |
| Account No. <br><br> **RJM Acquisitions, LLC 575 Underhill Boulevard, Suite 224 Syosset, NY 11791** | | W | Collection - Executory Contract | | | | 355.36 |
| Account No. <br><br> **Wells Fargo Dealer Services, Inc. P.O. Box 19657 Irvine, CA 92623-9657** | | W | Unsecured amount of Secured Collateral - 2004, BMW 3 Series | | | | 735.22 |

Sheet no. **2** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **235,355.30**

Total (Report on Summary of Schedules)  **280,876.09**

B6G (Official Form 6G) (12/07)

.

In re      **Sybil Jane Carr**                                                    ,      Case No.    **12-38944-H4-13**
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Abby Office Center**<br>**363 North Beltway 8, Suite 1100**<br>**Houston, TX 77060** | **Twelve (12) month commercial lease with leasehold interest which Debtor assumes.** |

**0**
_____  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re **Sybil Jane Carr**                                    Case No. __12-38944-H4-13__
_____,
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re __**Sybil Jane Carr**_____     Case No. __**12-38944-H4-13**____
Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S):<br>**Son** | AGE(S):<br>**24** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Attorney** | |
| Name of Employer | **Sybil J. Carr** | |
| How long employed | **31 years** | |
| Address of Employer | **Attorney at Law**<br>**363 North 8, Suite 11**<br>**Houston, TX 77060** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 0.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | 0.00 | $ | N/A |
|     b. Insurance | $ | 0.00 | $ | N/A |
|     c. Union dues | $ | 0.00 | $ | N/A |
|     d. Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 4,000.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance<br>(Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income<br>(Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 4,000.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 4,000.00 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 4,000.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**I reasonably anticipate an increase in income to occur within the year following the filing of this document.**

B6J (Official Form 6J) (12/07)

In re   **Sybil Jane Carr**                                                    Case No.   **12-38944-H4-13**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 0.00 |
| a. Are real estate taxes included? | Yes ___      No **X** | | |
| b. Is property insurance included? | Yes ___      No **X** | | |
| 2. Utilities:      a. Electricity and heating fuel | | $ | 220.00 |
| b. Water and sewer | | $ | 50.00 |
| c. Telephone | | $ | 50.00 |
| d. Other   **Natural Gas** | | $ | 50.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 225.00 |
| 5. Clothing | | $ | 0.00 |
| 6. Laundry and dry cleaning | | $ | 20.00 |
| 7. Medical and dental expenses | | $ | 0.00 |
| 8. Transportation (not including car payments) | | $ | 150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 30.00 |
| b. Life | | $ | 47.00 |
| c. Health | | $ | 22.00 |
| d. Auto | | $ | 319.00 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify)   **Self-Employment Taxes** | | $ | 225.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other | | $ | 0.00 |
| c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other   **Auto Maintenance (Oil Changes)** | | $ | 10.00 |
| Other   **Auto Inspection and Registration** | | $ | 9.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | 1,427.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

   **I do not reasonably anticipate an increase in expenditures to occur within the year following the filing of this document.**

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ | 4,000.00 |
| b. | Average monthly expenses from Line 18 above | $ | 1,427.00 |
| c. | Monthly net income (a. minus b.) | $ | 2,573.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re   **Sybil Jane Carr**                                    Case No.   **12-38944-H4-13**

                                               Debtor(s)          Chapter     **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **24**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **December 10, 2012**                Signature   **/s/ Sybil Jane Carr**

                                                                  **Sybil Jane Carr**

                                                                  Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Southern District of Texas

In re   **Sybil Jane Carr** _____   Case No.   **12-38944-H4-13**

_____ Debtor(s)   Chapter   **13**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$60,000.00** | **2012 YTD: Wife Self-Employment Income** |
| **$80,000.00** | **2011: Wife Self-Employment Income** |
| **$28,514.00** | **2010: Wife Self-Employment Income** |

---

### 2. Income other than from employment or operation of business

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT          SOURCE

2

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None ■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

None ■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Cause No. 2008-53901; Aldine I.S.D. vs. Sybil Carr** | **Delinquent Taxes** | **In the 295th Judicial District Court of Harris County, Texas** | **Judgment rendered in June, 2011** |
| **Cause No. 976,993; Citibank vs. Sybil Carr** | **Breach of Contract** | **In the County Civil Court at Law Number Three (3) of Harris County, Texas** | **Stayed by the filing of the current bankruptcy.** |

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Money Management International, Inc.**<br>**14141 Southwest Freeway, #1000**<br>**Sugar Land, TX 77478** | **December 1, 2012** | **$45.00** |

4

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Emil R. Sargent**<br>**Attorney at Law**<br>**723 Main Street, #316**<br>**Houston, TX 77002** | **December 1, 2012** | **$700.00 of which $281.00**<br>**represents the filing feel** |

---

**10.  Other transfers**

None
■
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|

None
■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

---

**11.  Closed financial accounts**

None
■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|

---

**12.  Safe deposit boxes**

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

---

**13.  Setoffs**

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14.  Property held for another person**

None
■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Sybil J. Carr** | **xxx-xx-4146** | **Attorney at Law 363 North Beltway 8, Suite 1100 Houston, TX 77060** | **Private Law Practice** | **1980 through the present.** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                          ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                              DATES SERVICES RENDERED

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                                DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                              ADDRESS

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                              DATE ISSUED

**20. Inventories**

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

**21 . Current Partners, Officers, Directors and Shareholders**

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None
■
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

8

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                              TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **December 10, 2012**                     Signature  **/s/ Sybil Jane Carr**
                                                            **Sybil Jane Carr**
                                                            Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of Texas

| | | | |
|---|---|---|---|
| In re | **Sybil Jane Carr** | Case No. | **12-38944-H4-13** |
| | Debtor(s) | Chapter | **13** |

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,500.00** |
| Prior to the filing of this statement I have received | $ | **419.00** |
| Balance Due | $ | **3,081.00** |

2. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **December 10, 2012**                    **/s/ Emil R. Sargent**
                                                   **Emil R. Sargent**
                                                   **Emil R. Sargent**
                                                   **Attorney at Law**
                                                   **723 Main Street, Suite 316**
                                                   **Houston, TX 77002**
                                                   **713.222.2299  Fax: 713.222.2478**

---

# United States Bankruptcy Court
## Southern District of Texas

In re   **Sybil Jane Carr**
                                   Debtor(s)

Case No.   **12-38944-H4-13**
Chapter   **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **December 10, 2012**
                      **/s/ Sybil Jane Carr**
                      **Sybil Jane Carr**
                      Signature of Debtor

Allen Adkins
Attorney at Law
P.O. Box 3340
Lubbock, TX 79452


American Express
P.O. Box 650448
Dallas, TX 75265-0448


American Express Bank, FSB
c/o Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701


Bank of America
P.O. Box 15019
Wilmington, DE 19850


Brentwood Homeowner's Association
c/o Beacon Homeowner's Association
P.O. Box 3732
Houston, TX 77253


Brice Vander Linden & Wernick, P.C.
P.O. Box 829009
9441 LBJ Freeway, #350
Dallas, TX 75382-9009


Capital One, N.A.
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374


Chase Bank
P.O. Box 94014
Palatine, IL 60094-4014

Chevron/Texaco
P.O. Box 530950
Atlanta, GA 30353


Citibank/Zales
P.O. Box 6241
Sioux Falls, SD 57117


Deutsche Bank National Trust Company
as Trustee for Long Beach Mortgage Trust
2004-3 Asset Backed Certificates Series
P.O. Box 829009
Dallas, TX 75382-9009


Discover Bank
P.O. Box 960013
Orlando, FL 32896-0013


FIA Card Services, NA as successor in
interest to Bank of America, NA and
MBNA America Bank
P.O. Box 15102
Wilmington, DE 19886-5102


Harris County
P.O. Box 4622
Houston, TX 77210-2622


HC WCID #119
c/o Wheeler & Associates, Inc.
6935 Barney Road, #110
Houston, TX 77092


Internal Revenue Service
Insolvency Section
P.O. Box 7346
Philadelphia, PA 19101-7346

Klein I.S.D.
7200 Spring-Cypress Road
Spring, TX 77379


Kohl's Department Store
P.O. Box 2983
Milwaukee, WI 53201-2983


Lee County/Giddings I.S.D.
% Linebarger Goggan Blair & Sampson, LLC
P.O. Box 17307
Austin, TX 78760


Linebarger Goggan Blair
 & Sampson, LLC
P.O. Box 3064
Houston, TX 77253-3064


Perdue Brandon Fielder Collins
 & Mott, LLP
Attorneys at Law
1235 North Loop West, #600
Houston, TX 77008


Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131


RJM Acquisitions, LLC
575 Underhill Boulevard, Suite 224
Syosset, NY 11791


Wells Fargo Dealer Services, Inc.
P.O. Box 19657
Irvine, CA 92623-9657

Wheeler & Associates, Inc.
6935 Barney Road, Suite 110
Houston, TX 77092